RICKER, APPELLANT, *v.* JOHN DEERE INSURANCE COMPANY ET AL., APPELLEES.

[Cite as *Ricker v. John Deere Ins. Co.* (2000), 88 Ohio St.3d 1229.]

(No. 98–2439—Submitted January 11, 2000—Decided March 29, 2000.)

*Law Offices of Russell A. Kelm, Russell A. Kelm* and *Joanne Weber Detrick,* for appellant.

*Arter & Hadden, L.L.P., David C. Patterson, Gary S. Batke* and *Robert R. Dunn,* for appellees.

*Spater, Gittes, Schulte & Kolman, Frederick M. Gittes* and *Kathaleen B. Schulte;* and *Louis A. Jacobs,* urging reversal for *amici curiae,* American Association of Retired People, Ohio Now Education and Legal Fund, Ohio Civil Rights Coalition, Ohio Fair Housing Congress, Metropolitan Strategy Group of Cleveland, National Association for the Advancement of Colored People, Columbus Chapter, Committee Against Sexual Harassment, and Ohio Employment Lawyers Association.

*Murray & Murray Co., L.P.A., Charles M. Murray* and *Patrick G. Warner,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

1230

*Betty D. Montgomery,* Attorney General, *Edward B. Foley,* State Solicitor, *pro hac vice, Matthew D. Miko* and *Duffy Jamieson,* Assistant Attorneys General, for *amicus curiae,* Ohio Civil Rights Commission.

*Porter, Wright, Morris & Arthur, Bradd N. Siegel* and *Kevin E. Griffith;* and *Thomas L. Froehle,* urging affirmance for *amicus curiae,* Ohio Manufacturers' Association.

*Jones, Day, Reavis & Pogue, Steven T. Catlett, Matthew W. Lampe, Jeffrey S. Sutton* and *Marla D. Clark,* urging affirmance for *amicus curiae,* Ohio Chamber of Commerce.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.